**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION, COLUMBUS**

| | |
|---|---|
| **LORENZO MOULTRIE**<br>Plaintiff,<br><br>v.<br><br>**ANTHONY J. HUSPASKA and STENGER & STENGER, P.C.**<br>Defendants. | **PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE OF SAM S. HAN**<br><br>JURY TRIAL DEMANDED<br><br>Case Number: 2:26-cv-00143-ALM-KAJ |

**PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE OF SAM S. HAN**

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Andrew R. Barnes, Trial Attorney for Plaintiff Lorenzo Moultrie ("Plaintiff"), respectfully moves this Court for an order admitting Sam S. Han pro hac vice to appear and participate as co-counsel for Plaintiff in this action. In support of this Motion, Plaintiff states as follows:

1. Mr. Han is a member in good standing of the bar of the highest court of the State of Georgia. He was admitted to practice in Georgia on December 7, 2001 (Georgia Bar No. 322284), is current in his license fees, and is not suspended or disbarred.

2. Mr. Han's Certificate of Good Standing, issued by the State Bar of Georgia on October 5, 2026, is attached hereto as Exhibit A. The Certificate is dated not more than six months prior to the date of this Motion, as required by S.D. Ohio Civ. R. 83.3(e).

3. Mr. Han is not admitted to the bar of the Supreme Court of Ohio and therefore is not eligible to become a member of the permanent bar of this Court. See S.D. Ohio Civ. R. 83.3(b).

4. Mr. Han's business address is DeWoskin Law Firm, LLC, 535 N. McDonough St., Decatur, Georgia 30030.

5. This Motion is accompanied by the required pro hac vice filing fee, tendered through the Court's CM/ECF system via Pay.gov. Upon admission, Mr. Han will register for electronic filing with this Court.

6. The undersigned will continue to serve as Trial Attorney for Plaintiff in accordance with S.D. Ohio Civ. R. 83.3(f) and 83.4(a).

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting this Motion and admitting Sam S. Han pro hac vice as co-counsel for Plaintiff in this action.

Respectfully submitted,

/s/ Andrew R. Barnes Dated: October 9, 2026
Andrew R. Barnes, Ohio Bar No. 0098065 (Trial Attorney)
A Barnes Law, LLC
90 Rhoades Center Dr.
Centerville, Ohio 45458
Telephone: (513) 494-6616
Email: Barnes@abarneslaw.com
*Counsel for Plaintiff,*
*Lorenzo Moultrie*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2026, a copy of the foregoing Plaintiff's Motion for Admission Pro Hac Vice of Sam S. Han was served via the Court's CM/ECF electronic filing system upon all counsel of record.

/s/ Andrew R. Barnes
Andrew R. Barnes (Ohio Bar No. 0098065)

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION, COLUMBUS**

| | |
|---|---|
| **LORENZO MOULTRIE**<br>Plaintiff,<br><br>v.<br><br>**ANTHONY J. HUSPASKA and STENGER & STENGER, P.C.**<br>Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE OF SAM S. HAN**<br><br>JURY TRIAL DEMANDED<br><br>Case Number: 2:26-cv-00143-ALM-KAJ |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE OF SAM S. HAN**

This matter is before the Court on Plaintiff's Motion for Admission Pro Hac Vice of Sam S. Han (the "Motion"). Upon consideration, and for good cause shown, the Motion is GRANTED.

Sam S. Han is hereby admitted pro hac vice to appear and participate as co-counsel for Plaintiff in this action. Mr. Han shall register for electronic filing with this Court if he has not already done so.

**IT IS SO ORDERED.**

Date: ____________________

________________________________
DOUGLAS R. COLE
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

Certificate of Good Standing — State Bar of Georgia
Sam S. Han (Bar No. 322284), dated October 5, 2026

State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

**Mr. Sam S. Han**
**2095 Raceway Trail**
**Dayton, OH 45434**
**UNITED STATES**

| | |
|---|---|
| **CURRENT STATUS:** | **Active Member-Good Standing** |
| **DATE OF ADMISSION:** | **12/7/2001** |
| **BAR NUMBER:** | **322284** |
| **TODAY'S DATE:** | **10/05/2026** |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

**Official Representative of the State Bar of Georgia**